No. —, original. NEW JERSEY *v.* STATE OF NEW YORK ET AL. Motion submitted May 13, 1929. Decided May 20, 1929. *Per Curiam:* Motion for leave to file a bill of complaint herein is granted, and process is ordered to issue, returnable on Monday, May 27 next. *Messrs. Duane E. Minard* and *Williams A. Stevens* for complainant. *Messrs. Hamilton Ward,* Attorney General of New York, and *Albert J. Danaher* for the State of New York.

No. —, original. NEW JERSEY *v.* CITY OF NEW YORK. Motion submitted May 13, 1929. Decided May 20, 1929. *Per Curiam:* Motion for leave to file a bill of complaint herein is granted, and process is ordered to issue, returnable on Monday, May 27 next. *Messrs. Duane E. Minard* and *Williams A. Stevens* for complainant. *Messrs. Arthur J. W. Hilley* and *J. Joseph Lilly* for defendant.